**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA HINES, ON HER OWN BEHALF**
**AND OTHERS SIMILARLY SITUATED,**

      **Plaintiffs,**

**-vs-**                                                    **Case No.  6:09-cv-1116-Orl-28DAB**

**DETAIL DYNAMICS, INC.,**

      **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment (Doc. No. 55) filed September 7, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 5, 2010 (Doc. No. 58) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Entry of Default Final Judgment (Doc. No. 55) is denied without prejudice to renewal upon a more sufficient showing.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of November, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party