**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA HINES, ON HER OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

**Plaintiffs,**

-vs-                                                              Case No. 6:09-cv-1116-Orl-28DAB

**DETAIL DYNAMICS, INC.,**

**Defendant.**
_____

# ORDER

This case is before the Court on Plaintiffs' Renewed Motion for Default Judgment (Doc. No. 67) filed January 31, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the "Motion the Courts to Dismiss and Deny" (Doc. 70) filed by Pam Olson as Chairman of the Board of Detail Dynamics, Inc.,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] As has been stated before in this litigation, Detail Dynamics, Inc. may only appear and be heard through counsel admitted to practice in this Court. Local Rule 2.03(e). See Doc. Nos. 54, 57. Ms. Olson was advised on September 17, 2010 that future filings by her on behalf of Detail Dynamics, Inc. would be stricken. (Doc. 57). In that same Order, Detail Dynamics, Inc. was advised that to the extent it wished to respond to the then pending motion for default judgment, it must "promptly obtain counsel." (Id.) The Motion filed by Ms. Olson at docket entry 70 is hereby **STRICKEN**. Plaintiffs' Motion to Strike (Doc. 72) is **DENIED as moot.**

1.   That the Report and Recommendation filed March 1, 2011 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   Plaintiffs' Renewed Motion for Default Judgment (Doc. No. 67) is **GRANTED in part** and **DENIED in part.** The Motion is granted to the extent it seeks default judgment in favor of Plaintiffs Hines and Butler, and denied to the extent it seeks default judgment in favor of Plaintiff Bailey.

3.   The claims of Plaintiff Dora Bailey are hereby **DISMISSED**.

4.   The Clerk of the Court is directed to enter judgment in favor of Plaintiff Angela Hines and against Defendant Detail Dynamics, Inc. in the amount of $29,520.00 and in favor of Plaintiff Eugene Butler and against Defendant Detail Dynamics, Inc. in the amount of $9,300.00 and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22nd__ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge